## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: KATHLEEN N. REILLY | : CHAPTER 13 |
| | : |
| Debtor | : BANKRUPTCY NO. 24-10461 |

## CERTIFICATE OF SERVICE

I, Paul H. Young, Esquire, hereby certify that I am the attorney for the Debtor in the above-captioned matter and that I have sent copies of Debtor's 7TH Amended Plan by email and/or regular mail to the addresses indicated below.

/s/ Paul H. Young
PAUL H. YOUNG, ESQUIRE
Attorney for Debtors

Dated: November 18, 2024

Trustee

U.S. Trustee's Office

All creditors on matrix

Debtor